IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLIE D. JACKSON, #1127769,**<br><br>Plaintiff,<br><br>v.<br><br>**SZMACIARZ, Correctional Officer,**<br><br>Defendant. | Case No. C 15-0194 CRB (PR)<br><br>**ORDER GRANTING DEFENDANT CHAPPELL'S MOTION TO CHANGE TIME TO RESPOND TO AMENDED COMPLAINT** |

Defendant K. Chappell has moved for a ninety-day extension, through December 1, 2016, to file a responsive pleading to Plaintiff Charlie Jackson's amended complaint. The Court has read and considered Defendant's motion to change time and the accompanying declaration of counsel and, good cause appearing,

Defendant's requested extension of time is GRANTED. The time in which Defendant Chappell may file a responsive pleading to the complaint is extended through December 1, 2016.

IT IS SO ORDERED.

Dated: Ugr v037."4238

The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT

1

[Proposed] Order Granting Def. Chappell's Mot. Change Time Respond Am. Compl.  (C 15-0194 CRB (PR))