IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE D. JACKSON, #1127769, | ) | |
| Plaintiff(s), | ) ) | No. C 15-0194 CRB (PR) |
| v. | ) ) | ORDER REGARDING MOTIONS FOR |
| E. SZMACIARZ, et al., | ) ) | ADMINISTRATIVE RELIEF |
| Defendant(s). | ) ) | (ECF Nos. 44 & 45) |

Plaintiff Charlie D. Jackson, an indigent prisoner at the Northern Nevada Correctional Center (NNCC) in Carson City, has filed two motions for administrative relief from this court. First, plaintiff seeks an order compelling NNCC officials to allow him to view evidence he obtained from defendant Szmaciarz in the course of discovery. Plaintiff declares under penalty of perjury that the evidence at issue is a DVD of an interview between plaintiff and a correctional officer "relating to plaintiff's allegations against defendant Szmaciarz." ECF No. 44 at 2. Second, plaintiff seeks an order compelling NNCC officials to provide him with "copies of the various motions, pleadings, and documentary evidence that Plaintiff must submit to the Court and Defendant Szmaciarz in this case." ECF No. 45 at 2. Plaintiff notes that the court granted a similar "copy work" request in his other pending action and that since he "has not encountered any difficulties receiving copy work in that case." Id.

|   |   |
|---|---|
| 1 | Good cause appearing, plaintiff's motions (ECF Nos. 44 & 45) are |
| 2 | GRANTED IN PART:  The court requests that NNCC officials allow plaintiff an |
| 3 | opportunity to view the DVD he received from defendant in the course of |
| 4 | discovery, and provide plaintiff with copy work of all required filings in this |
| 5 | pending prisoner civil rights action. |
| 6 | The clerk is instructed to serve a copy of this order on Isidro Baca, |
| 7 | Warden, Northern Nevada Correctional Center, P.O. Box 7000, Carson City, NV |
| 8 | 89702. |
| 9 | SO ORDERED. |
| 10 | DATED: Sept. 22, 2016 |

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Jackson, C.15-0194.mtns_adm_relief.wpd

2