IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE JACKSON, | No. 15-cv-0194 CRB |
| Plaintiff, | **ORDER GRANTING MOTIONS TO EXTEND FILING DEADLINE** |
| v. | |
| E. SZMARCIARZ, et al., | |
| Defendants. | |

Defendants E. Szmarciarz and K. Chappell have asked – again – for the Court to extend the deadline to file a dispositive motion from December 1, 2016 to March 31, 2017. See Mot. (dkt. 49) at 1-2. This case was originally filed on January 13, 2015. See Compl. (dkt. 1). Six months later, the Court stayed the case from August 26, 2015 until May 31, 2016 because Defendant E. Szmarciarz was on active military duty. Mot. at 2. After the stay ended, Defendant Chappell asked to have until December 1, 2016 to file a dispositive motion. Mot. at 2.

Six months was apparently not enough. The Court GRANTS the motion to extend the deadline until March 31, 2017 but ADVISES the parties that this will be the last time.

**IT IS SO ORDERED.**

Dated: November 17, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE